ORDERED.

Dated:  March 09, 2018

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In re:  
WAYNE BARRY SPIVAK

CASE NO:  3:17-bk-02892-JAF  
Chapter 13

_____Debtor_____/

## ORDER DISMISSING CHAPTER 13 CASE
(THIS ORDER IS EFFECTIVE ON THE 15TH DAY FOLLOWING DATE OF ENTRY)

The Trustee filed a Motion to Dismiss this case for failure of the Debtor to make interim payments as required by 11 U.S.C. § 1326(a)(1) of the Bankruptcy Code and as proposed in their Chapter 13 plan.  The Court entered an Order on January 8, 2018 giving the Debtor 21 days to bring all payments current.   The Debtor has failed to bring payments current.

Accordingly

**IT IS ORDERED**:

1. The case is dismissed. If the automatic stay imposed by 11 U.S.C. §362(a) or §1301 is in effect at the time this Order is entered, the stay is extended 14 days from the date of this Order, notwithstanding the provisions of 11 U.S.C. § 362(c)(2)(B).

2. This case shall be and the same is hereby **DISMISSED** without prejudice and the automatic stay imposed by 11 U.S.C.§362 and the stay of action against co-debtor by 11 U.S.C.§1301 are lifted subject to paragraph 6 below.

3. If the Trustee has not already collected his percentage fee, the Trustee shall deduct from all monies disbursed his normal percentage thereof as necessary costs and expenses from sums collected pursuant to Section 1326(a)(2), together with any fee, charge, or amount allowed under 28 U.S.C. Section 586(e)(2).

4. The Trustee shall return to the Debtor(s) any remaining funds on hand not previously disbursed, notwithstanding any other court orders, and shall thereafter file his final report, upon which filing, he will be discharged of his duties as Trustee. The Trustee shall return the aforementioned funds on hand to the Debtor(s), in care of Debtor(s) attorney, when represented by an attorney.

**5. The Debtor(s) may convert this case to a case under another chapter of the Bankruptcy Code within 14 days of the date of this Order. If the case is not converted within 14 days, the case is dismissed effective on the 15th day after the date of entry of this Order.**

6. If the Debtor(s) files a motion to vacate the Order Dismissing the Case within 14 days of the date of this Order, the automatic stay imposed by 11 U.S.C. §362 and the stay of action against co-debtor by 11 U.S.C. §1301 will remain in full force and effect until the Court rules on the Motion as filed.

7. All pending hearings are canceled with the exception of any scheduled hearing on a Motion for Relief from Stay or on an Order to Show Cause over which the Court reserves jurisdiction.


Copies furnished to:
All Interested Parties


Trustee, Douglas W. Neway is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.